DocuSign Envelope ID: FB8CBFD6-1130-413D-8ADD-12B57051E88A

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____

Case number *(if known)*: _____ Chapter 15

FILED-MAIL
2024 FEB -9 PM 1: 38
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

☒ Check if this is an amended filing

## Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding
12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | **Debtor's name** | CARROLS CORP |

2. **Debtor's unique identifier**

**For non-individual debtors:**

☒ Federal Employer Identification Number (EIN)  16 – __ 0958146 __ __ __ __

☐ Other _____. Describe identifier _____

**For individual debtors:**

☐ Social Security number: xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____ ____ ____ ____

☐ Other _____. Describe identifier _____

3. **Name of foreign representative(s)** — RESTAURANT BRANDS INTERNATIONAL

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred** — TORONTO , ONTARIO , CANADA

5. **Nature of the foreign proceeding**

*Check one:*

☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☒ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☒ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

PENDING WHITE COLLAR CRIMES PROBES .

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☒ Yes

Case 24-20601-gmh    Doc 1    Filed 02/09/24    Page 1 of 14

| Debtor | CARROLS CORP : EIN # 16-0958146 | Case number (if known)_____ |
|---|---|---|
| | Name | |

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)   all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii)   all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

CANADA

**Debtor's registered office:**

874 SINCLAIR ROAD
_____
Number    Street

_____
P.O. Box

OAKVILLE , ON L6K 2Y1 , CANADA
_____
City    State/Province/Region    ZIP/Postal Code

CANADA
_____
Country

**Individual debtor's habitual residence:**

214 SMITH RD
_____
Number    Street

APT 4
_____
P.O. Box

SYRACUSE , NY 13207
_____
City    State/Province/Region    ZIP/Postal Code

USA
_____
Country

**Address of foreign representative(s):**

65 SIDNEY ST
_____
Number    Street

_____
P.O. Box

BUFFALO , NY 14211
_____
City    State/Province/Region    ZIP/Postal Code

USA
_____
Country

**10. Debtor's website (URL)**

n/a

**11. Type of debtor**

*Check one:*

☐ Non-individual (*check one*):

   ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

   ☐ Partnership

   ☒ Other. Specify: SEC CORPORATION

☐ Individual

| Debtor | CARROLS CORP : EIN # 16-0958146 | Case number (if known) |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this* district?**

*Check one:*

❑ Debtor's principal place of business or principal assets in the United States are in this district.

❑ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

WHISTLEBLOWER,FRAUD,PONZI SCHEMES AND WHITE COLLAR CRIMES.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✖ _____     WILLIE JOHNSON

Signature of foreign representative          Printed name

Executed on   02 /04/2024
              MM  / DD / YYYY

✖ _____     ROBERT W JOHNSON

Signature of foreign representative          Printed name

Executed on   02/04/2024
              MM  / DD / YYYY

**14. Signature of attorney**

✖ _____   Date   02/04/2024

Signature of Attorney for foreign representative    MM  / DD / YYYY

WILLIE JOHNSON
Printed name
ATEM FARMS
Firm name
65 SIDNEY ST
Number      Street

BUFFALO                                    NY        14211
City                                       State     ZIP Code

716-445-1734                               atemllc2023@gmail.com
Contact phone                              Email address

9909                                       USA
Bar number                                 State

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | CARROLS CORP | EIN | 16 - 0958146 |
| | Name | | |

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number: _____

[Date case filed for chapter 11 **02/04/2024**
MM / DD / YYYY OR

[Date case filed in chapter **11** **02/04/2024**
MM / DD / YYYY

Date case converted to chapter 11 **02/04/2024**
MM / DD / YYYY

## Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | CARROLS CORP | |
| **2. All other names used in the last 8 years** | n/a | |
| **3. Address** | 214 SMITH ROAD:APT 4:SYRACUSE,NY 13207 . | |
| **4. Debtor's attorney** Name and address | WILLIE JOHNSON:65 SIDNEY ST:BUFFALO,NY 14211. | Contact phone 716-445-1734<br>Email atemllc2023@gmail.com |
| **5. Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | ATEM FARMS:65 SIDNEY ST:BUFFALO,NY 14211. | Hours open 7am-9pm<br>Contact phone 716-445-1734 |
| **6. Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | 02/14/2024 at 10:00am<br>Date Time<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: USA |

For more information, see page 2 ▶

| Debtor | CARROLS CORP : EIN # 16-0958146 | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 7. **Proof of claim deadline** | **Deadline for filing proof of claim:** | [Not yet set. If a deadline is set, the court will send you another notice.] or |
| | | [date, if set by the court)] |

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:

- your claim is designated as *disputed*, *contingent*, or *unliquidated*;
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| | | |
|---|---|---|
| 8. **Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. | |
| | **Deadline for filing the complaint:** | 02/24/2024 |

| | | |
|---|---|---|
| 9. **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | | |
|---|---|---|
| 10. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |

| | | |
|---|---|---|
| 11. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| RESTAURANT BRANDS INTERNATIONAL INC | ) |
| *Defendant* | ) |

FILED-MAIL
2024 FEB -9 PM 1: 42
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To:

RESTAURANT BRANDS INTERNATIONAL INC:874 SINCLAIR RD:OAKVILLE,ON,L6K 2Y1,CANADA .

*(Name of person to whom this subpoena is directed)*

   **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:  ALL IRS TAX RECORDS,U.S. CURRENCY,FOREIGN CURRENCY,ESTATE RECORDS, INCOME,REVENUE REPORTS,INSURANCE POLICIES,LEGAL DOCUMENTS,SEC RECORDS AND ALL OTHER CORPORATE RECORDS .

| Place: tbd | Date and Time: 10:00am |
|---|---|

   Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

   *(SEAL)*

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____

_____, who requests this subpoena, are:

### Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case  (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   RESTAURANT BRANDS INTERNATIONAL INC.
was received by me on *(date)*                           .

❐  I served the subpoena by delivering a copy to the named person as follows:

on *(date)*                           ; or

❐  I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $                    for travel and $                  for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:

Server's signature

Printed name and title

Server's address

Additional information regarding attempted service, etc.:

DocuSign Envelope ID: 62B26D88-7653-4E87-93D8-589976239A07

☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the

FILED-MAIL
2024 FEB -9 PM 1:42
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
RESTAURANT BRANDS INTERNATIONAL INC: 874 SINCLAIR )
ROAD : OAKVILLE,ON,L6K 2Y1,CANADA . )
)

Case No.

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the OAKVILLE,ON,L6K 2Y1,CA District of _____CANADA_____
*(identify the person or describe the property to be searched and give its location)*:

ALL RECORDS AND CURRENCY STORED AT 874 SINCLAIR ROAD: OAKVILLE,ON,L6K 2Y1,CANADA .

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

WHISTLEBLOWER,IRS TAX FRAUD,EMBEZZLEMENT,FRAUD,CORPORATION FRAUD,PONZI SCHEMES,WHITE COLLAR CRIMES, ETHICS AND GOVERNMENT ACT VIOLATIONS,JUDICIAL MALPRACTICE,RETALIATION AND INSURANCE FRAUD .

**YOU ARE COMMANDED** to execute this warrant on or before _____02/14/2024_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:    _____        _____
                                                              *Judge's signature*

City and state:            _____        _____
                                                              *Printed name and title*

DocuSign Envelope ID: 62B26D88-7653-4E87-93D8-589976239A07

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

| Inventory made in the presence of : |
|---|

| Inventory of the property taken and name(s) of any person(s) seized: |
|---|
| |

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____


_____
*Executing officer's signature*


_____
*Printed name and title*

# UNITED STATES DISTRICT COURT
### for the

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No. |
| RESTAURANT BRANDS INTERNATIONAL INC: | ) | |
| 874 SINCLAIR ROAD:OAKVILLE,ON,L6K 2Y1,CANADA | ) | |
| | ) | |

FILED-MAIL
2024 FEB -9 PM 1:42
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the OAKVILLE,ON,L6K 2Y1,CA District of    CANADA
*(identify the person or describe the property to be searched and give its location)*:

CARROLS CORP : 968 JAMES ST: SYRACUSE,NY 13203-6969 and 874 SINCLAIR ROAD:OAKVILLE,ON L6K 2Y1 ,CANADA .

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

CORPORATION FRAUD,MONEY LAUNDERING,EMBEZZLEMENT,WHITE COLLAR CRIMES,PONZI SCHEMES,IRS TAX FRAUD,TAX FRAUD, ETHICS AND GOVERNMENT ACT VIOLATIONS,JUDICIAL MALPRACTICE AND INSURANCE FRAUD .

**YOU ARE COMMANDED** to execute this warrant on or before     02/14/2024          *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____     _____

*Judge's signature*

City and state: _____     _____

*Printed name and title*

DocuSign Envelope ID: 760BFE4C-5AFE-407D-BA06-3718E41CD8C1

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

| Inventory made in the presence of : IRS TAX OFFICE , ROBERT W JOHNSON , ATEM FARMS and US DISTRICT COURTS . |
|---|

Inventory of the property taken and name of any person(s) seized:

ALL IRS TAX RECORDS , U.S. CURRENCY , CANADIAN CURRENCY , MONETARY WIRE RECORDS AND CORPORATION RECORDS FOR LEGAL AND IRS TAX PROBES .

| Certification |
|---|

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____  _____
*Executing officer's signature*

_____  _____
*Printed name and title*

DocuSign Envelope ID: F51ECB2B-8690-40E8-8B23-F8F5D287458F

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
_____ District of _____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| CARROLS LLC | ) | |
| *Defendant* | ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE**

To:
    CARROLS LLC : 968 JAMES ST:SYRACUSE,NY 13203
*(Name of person to whom this subpoena is directed)*

    **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects: ALL IRS TAX RECORDS,U.S. CURRENCY,FOREIGN CURRENCY,ESTATE RECORDS, INCOME,REVENUE REPORTS,INSURANCE POLICIES,LEGAL DOCUMENTS,SEC RECORDS AND ALL OTHER CORPORATE RECORDS .

Place:   tbd

Date and Time:
    10:00am

    Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

    *(SEAL)*

Date:

        *CLERK OF COURT*

                *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
          , who requests this subpoena, are:

**Notice to those who use this form to request a subpoena**

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

*(Stamp, right margin):* FILED-MAIL US BANKRUPTCY COURT EASTERN DISTRICT OF W... 2024 FEB -9 PM 1:42

DocuSign Envelope ID: F51ECB2B-8690-40E8-8B23-F8F5D287458F

Case No.

# PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*    CARROLS LLC:968 JAMES ST:SYRACUSE,NY 13203 .
was received by me on *(date)*                          .

❏  I served the subpoena by delivering a copy to the named person as follows:


on *(date)*                          ; or

❏  I returned the subpoena unexecuted because:
.                                                                                    .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$                    .

My fees are $                    for travel and $                    for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date:

*Server's signature*


*Printed name and title*



*Server's address*

Additional information regarding attempted service, etc.:

ROBERT W. JOHNSON
65 SIDNEY ST.
BUFFALO, NY 14211

FEB 0 9 2024

Retail 

53202

RDC 99

U.S. POSTAGE PAID
FCM LETTER
SYRACUSE, NY 13201
FEB 06, 2024

$0.68

R2305K135717-45

COURT CLERK
U.S. BANKRUPTCY COURT
517 E. WISCONSIN AVE; #126
MILWAUKEE, WI 53202

5320234581 C024